and answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–0051. State ex rel. Parks v. Butler Cty. Court of Common Pleas.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–0158. Clumm v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus of William A. Clumm. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–0159. Johnson v. Lazaroff.**
In Habeas Corpus. On petition for writ of habeas corpus of Michael Johnson. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2007–0172. State v. Alexander.**
Mahoning App. No. 05 MA 221, 2006-Ohio-7049. On motion to strike judgment entry. Motion denied.

**2007–0960. Ohioans For Concealed Carry, Inc. v. Clyde.**
Sandusky App. Nos. S–06–039 and S–06–040, 2007-Ohio-1733. On motion for admission pro hac vice of Stephen P. Halbrook by John F. Kostyo. Motion granted.

**2007–1781. State ex rel. Nash v. Court of Appeals, Eighth Appellate Dist.**
In Mandamus. On motion for relief per Civ.R. 60(B). Motion denied.

**2007–2057. State ex rel. Nash v. Thomas.**
In Habeas Corpus. On motions for relief per Civ.R. 60(B). Motions denied.

**2007–2060. State ex rel. Ali v. Thomas.**
In Habeas Corpus. On motion for relief per Civ.R. 60(B). Motion denied.

**2007–2217. State ex rel. Blank v. Beasley.**
In Mandamus. On motion for leave to amend complaint for writ of mandamus. Motion granted.
Pursuant to S.Ct.Prac.R. X(5), respondent shall file an answer to the amended complaint or a motion to dismiss within 21 days of the date of this entry.
O'DONNELL, J., dissents and would dismiss the cause.

**2007–2220. State ex rel. Kardassilaris v. Beasley.**
In Mandamus. On motion for leave to amend complaint for writ of mandamus. Motion granted.
Pursuant to S.Ct.Prac.R. X(5), respondent shall file an answer to the amended complaint or a motion to dismiss within 21 days of the date of this entry.

**2007–2347. State v. Lipscomb.**
Cuyahoga App. No. 88831, 2007-Ohio-5945. On motion for leave to file delayed cross-appeal. Motion granted.
Pursuant to S.Ct.Prac.R. III(4), appellee/cross-appellant shall file a combined memorandum both in response to appellant/cross-appellee's memorandum and in support of jurisdiction for the cross-appeal within 30 days of the date of this entry. Appellant/cross-appellee shall then file a memorandum in response to appellee/cross-appellant's arguments in support of jurisdiction within 30 days after the filing of appellee/cross-appellant's memorandum.
O'CONNOR and O'DONNELL, JJ., dissent.